UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ANDREWS                                                                 CIVIL ACTION

VERSUS                                                                  21-21-SDD-RLB

LIVINGSTON PARISH
DETENTION CENTER, ET AL.

### RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated March 17, 2021, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Court declines to exercise supplemental jurisdiction over any potential state law claims; and this action is dismissed, with prejudice, as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 USC §§ 1915(e) and 1915(A).

*Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana the 12 day of May, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 4.