## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

ANDREWS                                                                 CIVIL ACTION

VERSUS                                                                  21-21-SDD-RLB

LIVINGSTON PARISH
DETENTION CENTER, ET AL.

### JUDGMENT

CONSIDERING this Court's Ruling adopting the Report and Recommendations of

the Magistrate Judge in the above captioned matter;

*Judgment* is hereby rendered in favor of the Defendants and against the Plaintiff,

and this matter is dismissed in its entirety with prejudice.

Signed in Baton Rouge, Louisiana on <u>May 12, 2021</u>.


_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA